Mia Farber (State Bar No. 131467)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5408
Telephone:     (213) 689-0404
Facsimile:      (213) 689-0430
Email:            Mia.Farber@jacksonlewis.com

Scott P. Jang (State Bar No. 260191)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111-4615
Telephone:     (415) 394-9400
Facsimile:      (415) 394-9401
E-mail:           Scott.Jang@jacksonlewis.com

Isabella L. Shin (SBN 294937)
JACKSON LEWIS P.C.
333 West San Carlos St. – Riverpark Tower
Suite 1625
San Jose, California 95110
Telephone:     (408) 579-0404
Facsimile:      (408) 454-0290
E-mail:           Isabella.Shin@jacksonlewis.com

Attorneys for Defendant
WESTROCK SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBERTO CASTREJON, JR., on behalf of himself and other similarly-situated employees,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES, LLC, a Georgia Limited Liability Company and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01609-TLN-AC<br><br>**STIPULATION AND ORDER TO TRANSFER VENUE**<br><br>State Complaint Filed:   May 20, 2020<br>State FAC Filed:           June 25, 2020<br>Removal:                        August 12, 2020 |

Plaintiff Humberto Castrejon, Jr. and Defendant WestRock Services, LLC (collectively, "the Parties") have met and confer regarding the venue of this action. Considering the convenience of the Parties and the related case currently pending before the U.S. District Court, Northern District of California, *Reyna v. WestRock Company, et al.*, Case No. 5:20-cv-01666-BLF, the Parties hereby stipulate and request the Court transfer this action to the U.S. District Court, Northern District of California, pursuant to 28 U.S.C. § 1404(a).

**IT IS SO STIPULATED.**

Dated: September 1, 2020                                          JACKSON LEWIS P.C.

By: ___/s/ Mia Farber[1]_____
Mia Farber
Scott P. Jang
Isabella L. Shin
Attorneys for Defendant
WESTROCK SERVICES, LLC

Dated: September 1, 2020                                          COHELAN KHOURY & SINGER

By: ___/s/ Michael Singer_____
Michael D. Singer
Islam Khoury
Kristina De La Rosa
Attorneys for Plaintiff
HUMBERTO CASTREJON, JR.

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court directs the Clerk of Court to transfer this action to the U.S. District Court, Northern District of California, pursuant to 28 U.S.C. § 1404(a).

Date: September 1, 2020

_____
Troy L. Nunley
United States District Judge

---

[1] Pursuant to N.D. Cal. Local Rule 5-1(i), the ECF-filing party attests that concurrence in the filing of this document has been obtained from each of the signatories.